IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL |
| | : | NO. 03-315 |
| v. | : | |
| | : | |
| CALVIN WILLIAM | : | |

## ORDER

AND NOW, this 9th day of February, 2011, after consideration of petitioner Calvin William's objections to the Report and Recommendation filed November 29, 2010, it is ORDERED as follows:

(1) that petitioner's objections are OVERRULED and the Report and Recommendation is APPROVED and ADOPTED;

(2) that petitioner's petition for habeas corpus is DENIED; and

(3) that a certificate of appealability SHALL NOT ISSUE because petitioner has failed to make a substantial showing of the denial of a constitutional right.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.